UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :

v.                           :     Crim.
                                   Mag. No. 09-321 (DMC)

CARLOS CASTILLO              :
  a/k/a "Coco,"                    SEALING ORDER
  a/k/a "Coque"              :

This matter having come before the Court upon the application of the United States of America (Eric W. Moran, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the person named in the arrest warrant be filed under seal, and good cause having been shown,

IT IS, on this ___ day of April, 2009,

ORDERED that, except for such copy of the arrest warrant that is necessary to accomplish its purpose, the Indictment, arrest warrant, and this order be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

IT IS FURTHER ORDERED that, once the arrest warrant is executed, that the Indictment, arrest warrant, and this order be and are hereby unsealed.

_____
Honorable
United States Magistrate Judge