UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-321 |
| v. | : | Hon. Dennis M. Cavanaugh |
| CARLOS CASTILLO, | : | <u>UNSEALING ORDER</u> |
| a/k/a "Coco," | | |
| a/k/a "Coque" | : | |

This matter having come before the Court on the application of the United States of America (Eric W. Moran, Assistant U.S. Attorney, appearing) for an order that the Indictment returned in the above-captioned matter be unsealed; and for good cause shown,

IT IS ON this 22 day of February, 2011,

ORDERED that the Indictment filed in the above-captioned matter is unsealed.

_____
HON. DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE